IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV9

| ROBIN J. PEMBERTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | **AMENDED ORDER** |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte* to amend its previous Order regarding the Plaintiff's motion for an extension of time in which to file her motion for summary judgment.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion is **ALLOWED**, and the time for filing her motion for summary judgment is hereby extended to and including August 21, 2006.

Signed: July 11, 2006

Lacy H. Thornburg
United States District Judge