# United States District Court
# For The Western District of North Carolina
# Asheville Division

ROBIN J. PEMBERTON,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:06cv9

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2006 Order With Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g).

October 23, 2006

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*

Elizabeth J. Barton, Deputy Clerk