IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| ROBIN J. PEMBERTON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | CIVIL NO. 1:06CV9 |
|  | ) |  |
| JO ANNE B. BARNHART, | ) |  |
| Commissioner of Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## O R D E R

THIS MATTER is before the Court on Plaintiff's "Motion For Attorney's Fee Under the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A)" filed on November 7, 2006 (document #22). By Response, filed on November 13, 2006, Defendant advises that the Commissioner will not oppose an award of legal fees in the amount of $4,110.23, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. § 2412(d). Defendant further advises that plaintiff's counsel consents.

NOW THEREFORE, IT IS ORDERED:

1. Plaintiff's Motion for Attorney's Fees (document #22) is GRANTED, that is, counsel for Plaintiff shall be paid the sum of $4,110.23 in attorney fees.

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

Signed: November 14, 2006

Lacy H. Thornburg
United States District Judge